UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MORRIS MULTIMEDIA, INC.
and MORRIS NETWORK, INC.     PLAINTIFFS

VERSUS     CIVIL ACTION NO.: 1:08cv271RHW

PEARL RIVER VALLEY ELECTRIC
POWER ASSOCIATION and MDR
CONSTRUCTION, INC.     DEFENDANTS

# **JUDGMENT**

The above-captioned matter was presented for trial before a duly sworn and empaneled jury. After both parties' rested their respective cases, the undersigned instructed the jury on the applicable law. The jury deliberated and then announced its unanimous verdict in open court. Upon review of the Special Verdict Form submitted to and completed by the jury, the Court finds that the jury:

(1) Determined the total amount necessary to compensate the Plaintiffs for their damages to be $150,000.00;

(2) Found by a preponderance of the evidence that Plaintiffs and the Defendants were negligent, which was a proximate contributing cause of the damages sustained by the Plaintiffs;

(3) Assessed negligence of twenty-five percent (25%) attributable to the Plaintiffs and assessed negligence of seventy-five percent (75%) attributable to

the Defendants.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiffs, MORRIS MULTIMEDIA, INC. and MORRIS NETWORK, INC., recover from the Defendants, PEARL RIVER VALLEY ELECTRIC POWER ASSOCIATION and MDR CONSTRUCTION, INC., jointly and severally, the amount of One Hundred Twelve Thousand Five Hundred and No/100ths ($112,500.00), with legal interest thereon from this date until paid.  This sum represents the adjustment of damages awarded in conformity with the Special Verdict Form.

IT IS FURTHER ORDERED AND ADJUDGED that costs will be awarded under the Uniform Local Rules, Federal Rules of Civil Procedure, and applicable statutes.

SO ORDERED AND ADJUDGED, this the 16th day of December, 2009.

                     s/ *Robert H. Walker*
                     HONORABLE ROBERT H. WALKER
                     UNITED STATES MAGISTRATE JUDGE